UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

EUGENE CHERRY and VALERIE DABEL,

    Plaintiffs,

v.                                                                   Case No. 11-C-1021

WASHINGTON COUNTY SHERIFFS'
DEPARTMENT, et al.,

    Defendants.

## ORDER DENYING MOTION FOR RECONSIDERATION

Plaintiff Eugene L. Cherry seeks reconsideration of the Court's Decision and Order denying his motion for summary judgment and granting the motion for summary judgment of the defendants in the above matter. The motion simply asserts that there are factual disputes that require a jury trial. Upon consideration of the motions filed by the parties, the Court concluded that there were no material facts in dispute and nothing plaintiff adds in his motion merits reconsideration of this conclusion. Accordingly, the motion for reconsideration is denied.

**SO ORDERED** this    11th    day of July, 2012.

                                                   BY THE COURT:

                                                   s/ William C. Griesbach
                                                   William C. Griesbach
                                                   United States District Judge